# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELTON LAMONT BOONE, | Case No. CV 11-3980 JST (JCG) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SUSAN L. HUBBARD, *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: September 15, 2011

**JOSEPHINE STATON TUCKER**
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

1